UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK PINNOCK,<br><br>Defendant | Criminal No.   23cr10204<br><br>Violation:<br><br>Count One:  Obstruction of Justice<br>(18 U.S.C. § 1512(b)(1)) |

INFORMATION

At all times relevant to this Information:

General Allegations

1. Defendant MARK PINNOCK lived in Mattapan, Massachusetts.

2. In 2014, PINNOCK was sentenced to 96 months in prison following his conviction for sex trafficking a minor victim in violation of federal law.

3. In 2022, PINNOCK was serving a term of federal supervised release, working as an Amazon driver.

4. The Victim and Individual 1 worked as custodians at a condominium complex in Brockton, Massachusetts ("the Brockton Condominium").

5. Individual 2 ("the Security Officer") worked at the Brockton Condominium.

6. Co-conspirator 1 was a resident of North Carolina.

The State Charge and Revocation Proceedings

7. On July 21, 2022, the Victim reported to the Brockton Police that an Amazon driver had exposed his penis to her while she was working at the Brockton Condominium.

8. On July 25, 2022, Massachusetts authorities charged PINNOCK with open and

1

gross lewdness and lascivious behavior for exposing himself to the Victim.

9. On or about August 1, 2022, the United States Probation Office sought to revoke PINNOCK's term of supervised release based on his commission of a state crime.

10. On August 23, 2022, a United States Magistrate Judge found probable cause to believe that PINNOCK had violated his conditions of supervised release by exposing himself to the Victim and ordered PINNOCK released on conditions that included home incarceration with GPS monitoring.

11. On October 14, 2022, a United States District Judge scheduled a hearing on the Probation Office's petition to revoke PINNOCK's supervised release for Friday, November 4, 2022.

## The Brockton Incident

12. On October 28, 2022, one week before his revocation hearing and while confined to his residence, PINNOCK directed Co-conspirator 1 to travel from Boston to the Brockton Condominium at a time when PINNOCK knew Victim 1 would be working.

13. Upon arriving, Co-conspirator 1 falsely told Individual 1 that he worked for the state.

14. Co-conspirator 1 then held a cell phone up to Individual 1 and then the Victim. A Spanish-speaking co-conspirator on the cell phone told both Individual 1 and the Victim not to go to court on Friday. Co-conspirator 1 stood with a hand in his pocket as if he had something in it.

15. Co-conspirator 1 walked away from the Victim and Individual 1 and headed to the exit of the Brockton Condominium.

### The Threatening Message

16. On November 1, 2022, while confined to his residence, PINNOCK used an encrypted messaging application to send an anonymous message to the Security Officer's personal cell phone. The message advised the Security Officer to "let the cleaning lady know" that she would be arrested by Immigration and Customs Enforcement if she were to go to court on November 4.

### Phone Calls to Immigration and Customs Enforcement

17. On November 1 and November 2, 2022, PINNOCK, while confined to his residence, made three calls to the Department of Homeland Security's Immigration and Customs Enforcement tip line in an attempt to have the Victim detained or removed from the United States.

18. In the calls, among other things, PINNOCK (1) told the operator the Victim was working without authorization at the Brockton Condominium; (2) provided her work hours; (3) stated that the Victim was "trying to … put … cases on people … so she can try to get her … citizenship and stuff like that…."; and (4) falsely stated he had heard the Victim was "gang-affiliated". When asked why he was reporting the Victim, PINNOCK failed to identify himself as a criminal defendant or say that he expected the Victim to testify against him in two to three days' time.

## COUNT ONE
### Witness Tampering
### (18 U.S.C. § 1512(b)(1))

The United States Attorney charges:

19. The United States Attorney re-alleges and incorporates by reference paragraphs 1 through 18 of this Information.

20. From on or about October 28, 2022, through on or about November 2, 2022, in the District of Massachusetts and elsewhere, the defendant,

## MARK PINNOCK

knowingly used intimidation, threatened, and corruptly persuaded another person, and attempted to do so, and engaged in misleading conduct toward another person, with intent to influence, delay, and prevent the testimony of any person in an official proceeding, namely, the Victim's testimony at PINNOCK's November 4, 2022 supervised release revocation hearing.

In violation of Title 18, United States Code, Section 1512(b)(1).

Respectfully submitted this 28th day of July 2023.

JOSHUA S. LEVY
Acting United States Attorney

By: _____
MACKENZIE A. QUEENIN
ASSISTANT U. S. ATTORNEY

4